UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD ALLYSON WILLIAMS,<br><br>                  Petitioner,<br>   v.<br>JOHN SALAZAR, Acting Warden,<br>                  Respondent. | Civil No. 05-2101 J (RBB)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

    On January 29, 2007, the Court stayed the petition in this case in order to permit Petitioner to exhaust, in state court, a claim related to the application of <u>Blakely v. Washington</u>, 542 U.S. 296 (2004) in light of the United States Supreme Court's recent decision in <u>Cunningham v. California</u>, 127 S. Ct. 856 (2007) [doc. no. 20]. Petitioner has now completed the exhaustion process and has filed a First Amended Petition and accompanying Supplemental Memorandum of Law in Support of Amended Petition for Writ of Habeas Corpus [doc. no. 22]. Therefore, in accordance with Rule 4 of the rules governing petitions for a writ of habeas corpus pursuant to

/ / /

/ / /

1  28 U.S.C. § 2254, and upon a preliminary review of the First Amended
2  Petition, **IT IS ORDERED** that:
3     a.  The Clerk of this Court shall promptly (a) serve a copy of
4  the First Amended Petition and a copy of this Order on the Attorney
5  General for the State of California, or his authorized agent; and
6  (b) serve a copy of this Order on Petitioner.
7     b. Respondent shall file a motion to dismiss pursuant to Rule 4
8  of the Rules Governing § 2254 Cases no later than **June 18, 2007**.  The
9  motion to dismiss shall not address the merits of Petitioner's claims,
10 but rather shall address <u>all</u> grounds upon which Respondent contends
11 dismissal without reaching the merits of Petitioner's claims is
12 warranted.[1]  At the time the motion to dismiss is filed, Respondent
13 shall lodge with the Court all records bearing on Respondent's
14 contention in this regard.  A hearing date is <u>not</u> required for the
15 motion to dismiss.
16     c.  If Respondent files a motion to dismiss, Petitioner shall
17 file his opposition, if any, to the motion no later than **July 18,**
18 **2007**.  At the time the opposition is filed, Petitioner shall lodge
19 with the Court any records not lodged by Respondent which Petitioner
20 believes may be relevant to the Court's determination of the motion.
21     d.  Unless the Court orders otherwise, Respondent shall not file
22 a reply to Petitioner's opposition to a motion to dismiss.  If the
23 motion is denied, the Court will afford Respondent adequate time to
24 respond to Petitioner's claims on the merits.
25 / / /
26
27 ──────────────────
28    [1] If Respondent contends Petitioner has failed to exhaust any state remedies as to any ground for relief alleged in the Petition, the motion to dismiss shall also specify the state remedies still available to Petitioner.

  e. If Respondent does not contend that the Petition can be decided without the Court reaching the merits of Petitioner's claims, Respondent shall file and serve an answer to the Petition, <u>and a memorandum of points and authorities in support of such answer</u>, pursuant to Rule 5 of the Rules Governing § 2254 Cases no later than **July 2, 2007**. At the time the answer is filed, Respondent shall lodge with the Court all records bearing on the merits of Petitioner's claims. The lodgments shall be accompanied by a notice of lodgment which shall be captioned "**Notice of Lodgment in 28 U.S.C. § 2254 Habeas Corpus Case — To Be Sent to Clerk's Office**." Respondent shall not combine separate pleadings, orders or other items into a combined lodgment entry. Each item shall be numbered separately and sequentially.

  f. Petitioner may file a traverse to matters raised in the answer no later than **August 2, 2007**. Any traverse by Petitioner (a) shall state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) shall be limited to facts or arguments responsive to matters raised in the answer; and (c) shall not raise new grounds for relief that were not asserted in the Petition. Grounds for relief withheld until the traverse will not be considered. No traverse shall exceed ten (10) pages in length absent advance leave of Court for good cause shown.

  g. A request by a party for an extension of time within which to file any of the pleadings required by this Order should be made in advance of the due date of the pleading, and the Court will grant such a request only upon a showing of good cause. Any such request shall be accompanied by a declaration under penalty of perjury explaining why an extension of time is necessary.

1  h.  Unless otherwise ordered by the Court, this case shall be
2  deemed submitted on the day following the date Petitioner's opposition
3  to a motion to dismiss and/or his traverse is due.

4  i.  Every document delivered to the Court must include a
5  certificate of service attesting that a copy of such document was
6  served on opposing counsel (or on the opposing party, if such party
7  is not represented by counsel).  Any document delivered to the Court
8  without a certificate of service will be returned to the submitting
9  party and will be disregarded by the Court.

10  j. Petitioner shall immediately notify the Court and counsel for
11  Respondent of any change of Petitioner's address.  If Petitioner fails
12  to keep the Court informed of where Petitioner may be contacted, this
13  action will be subject to dismissal for failure to prosecute.

14  the Court sets the following briefing schedule

**IT IS SO ORDERED.**

**DATED:** April 26, 2007

Hon. Ruben B. Brooks
**UNITED STATES MAGISTRATE JUDGE**